## STATE OF CONNECTICUT *v.* BARBARA LANGER
## (AC 21564)

Mihalakos, Dranginis and Flynn, Js.

Argued February 27—officially released April 2, 2002

Per Curiam. The judgment is affirmed.

## FOX RUN MALL ASSOCIATES, L.P. *v.* GEORGE V. LAWLER, SR., ET AL.
## (AC 21638)

Dranginis, Bishop and Daly, Js.

Argued February 22—officially released April 2, 2002

Per Curiam. The judgment is affirmed.